IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kambiz Ajir, et al., | NO. C 03-03300 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Toro Petroleum Corporation, | |
| Defendants. | |

On September 2, 2005, the parties in this case filed a Joint Case Management Statement ("Joint Statement"). Based upon the representation of the parties in the Joint Statement that "the parties are executing a written agreement and expect to dismiss this action by October 31, 2005," the case management conference set for September 12, 2005 is continued to November 21, 2005. In doing so, this Court is mindful of the history of the parties' attempts to codify this settlement, and the parties are expected to keep this Court apprised of their progress with an updated Joint Case Management Statement due on November 9, 2005.

Dated: September 8, 2005                     /s/ James Ware
03eciv3300.ctdcmc                             JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edward Romero Eromero@gpsllp.com
Ralph P. Guenther rguenther@montereylaw.com
Thomas R. Duffy tduffy@montereylaw.com

**Dated: September 8, 2005**                                      **Richard W. Wieking, Clerk**

                                                                  **By:____/jwchambers/_____**
                                                                      **Ronald L. Davis**
                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California