```
Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
GREENAN, PEFFER, SALLANDER & LALLY LLP
P. O. Box 10
6111 Bollinger Canyon Road, Suite 500
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for plaintiffs and counterclaim defendants
Kambiz Ajir and Naft Petroleum, Inc.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kambiz Ajir, an individual; <br><br>Naft Petroleum, Inc. a California Corporation, <br><br>Plaintiffs, <br><br>vs. <br><br>Toro Petroleum Corporation, a California Corporation <br><br>Defendant. <br><br>AND RELATED COUNTERCLAIM | Case No. C02-03300 JW <br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTERCLAIM WITH PREJUDICE <br><br>Fed. R. Civ. Pro. 41(a)(2) <br><br>[The Honorable James Ware] |

Plaintiff and counterclaim defendant Kambiz Ajir and NAFT Petroleum, Inc and defendant and counterclaimant Toro Petroleum Corporation, by and through their respective counsel of record, hereby agree that the Court may make and enter its order as follows:

1

Stipulation and Proposed Order Dismissing Complaint and Counterclaim.

1. Kambiz Ajir ("Mr. Ajir") and NAFT Petroleum, Inc. ("NAFT") are the plaintiffs and counterclaim defendants in this action.

2. Toro Petroleum Corporation ("Toro") is the defendant and counterclaimant in this action.

3. NAFT and Toro have entered into a Settlement Agreement and Release (the "Settlement Agreement") with respect to this action.

4. Mr. Ajir, NAFT and Toro have agreed to dismiss their respective actions by way of a Stipulation and Proposed Order filed with the Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

5. Accordingly, Mr. Ajir, NAFT and Toro, by and through their respective counsel, hereby stipulate to the dismissal, with prejudice, of the Complaint and Counterclaim in this action.

6. Mr. Ajir, NAFT and Toro further stipulate that each party is to bear his or its own attorneys' fees and costs of suit.

Dated: October 25, 2005          Greenan, Peffer, Sallander & Lally LLP

                                 By: _____
                                     Edward Romero
                                     Attorneys for Kambiz Ajir and
                                     NAFT Petroleum, Inc.


Dated: October 25, 2005          Duffy & Guenther, LLP

                                 By: _____
                                     Ralph Guenther
                                     Attorneys for Toro Petroleum, Inc.

1   Upon stipulation of the parties, the above-captioned action, including the complaint and the
2   counterclaim, is DISMISSED WITH PREJUDICE, pursuant to Rule 41(a)(2) of the Federal Rules
3   of Civil Procedure. Each party is to bear its own attorneys' fees and cost of suit.

5   **IT IS SO ORDERED**

7   Dated: October 26, 2005

    _____
    UNITED STATES DISTRICT JUDGE

14  F:\LIT\NAFT Petroleum\Federal Action -C02-03300JW\Pleading\Dismissal of Action.wpd